■ In the Matter of NORMAN STIER, a Disbarred Attorney. [632 NYS2d 461] —Application for reinstatement granted only insofar as to refer this matter for a hearing as indicated. No opinion. Concur—Murphy, P. J., Rosenberger, Ellerin, Rubin and Asch, JJ.

■ In the Matter of MURRAY LANDSMAN, a Disbarred Attorney. [632 NYS2d 461] —Application for reinstatement granted only insofar as to refer this matter for a hearing as indicated. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Kupferman and Ross, JJ.